✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ KENTUCKY

USA

V.

Michael Scott Thompson

## EXHIBIT AND WITNESS LIST

Case Number:   6:26-CR-058-1-REW-HAI

| PRESIDING JUDGE Hanly A. Ingram | | | PLAINTIFF'S ATTORNEY Kelly Ridings | | DEFENDANT'S ATTORNEY Ned Pillersdorf |
|---|---|---|---|---|---|
| TRIAL DATE (S) Detention Hearing 6/1/2026 | | | COURT REPORTER Audio Recording | | COURTROOM DEPUTY J. Powers |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | W-1 | 6/1/2026 | | | Sonja Thompson- Mother of Defendant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages